**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tanya Anderson | ) | Judge A. Benjamin Goldgar |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-38944 |
| | ) | |
| | ) | Hearing Date: June 27, 2012 |
| | ) | Hearing Time: 9:30 a.m. |

**Notice of Motion**

Please take notice that on **June 27, 2012 at 9:30 a.m.**, I shall appear before the Honorable A. Benjamin Goldgar, or any other Judge sitting in his stead, in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and will present the **Final Application for Compensation for Professional Services and Reimbursement of Expenses Incurred on Behalf of Tanya Anderson by Forrest L. Ingram P.C. and Peter L. Berk**, a copy of which is enclosed and served upon you. At the hearing you may appear and be heard.

/s/  Forrest L. Ingram
One of the Debtor's Attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
312.759.2838

**Certificate of Service**

I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above Notice and the document to which it refers on all parties entitled to service at the address listed below, by electronic filing through CM/ECF as set forth on the attached service list, at or before 5:00 p.m. on June 1, 2012.

/s/ Forrest L. Ingram

1

**Service List**

**Via CM/ECF**

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Via U.S. Mail**

**Tanya Anderson**
1919 W. 91st St.
Chicago, IL 60643

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tanya Anderson | ) | Judge A. Benjamin Goldgar |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-38944 |
| | ) | |
| | ) | Hearing Date: June 27, 2012 |
| | ) | Hearing Time: 9:30 a.m. |

**Final Application for Compensation for Professional Services and Reimbursement of Expenses Incurred on Behalf of Tanya Anderson by Forrest L. Ingram, P.C.**

Forrest L. Ingram, P.C. (hereinafter "Applicant") on behalf of its attorneys and co-counsel, Peter L. Berk, duly appointed counsel for Debtor and Debtor in Possession Tanya Anderson ("Debtor"), makes its final application for compensation ("Application") under § 331 of the United States Bankruptcy Code, Federal Rule of Bankruptcy 2016, and Local Rule 5082-1. This Court has jurisdiction over the subject matter of this Application under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

The Applicant requests that the Court enter an order allowing compensation for legal services rendered totaling $1,933.50 from March 1, 2012 through May 31, 2012. In support of this Application, Applicant states as follows:

**Narrative Summary of Services Provided by Applicant**

1. On September 21, 2011, the Debtor entered into an engagement agreement with Applicant for a Chapter 11 case.

2. Applicant filed a petition for relief under chapter 11 of the Bankruptcy Code on the Debtor's behalf on September 26, 2011 ("filing date").

3. The Court entered an order on October 26, 2011, authorizing the Debtor to employ Applicant as her attorneys retroactively to the filing date. A copy of the order is attached as **Exhibit A**.

4. Applicant has performed numerous legal services for the Debtor in this case. The times and chronology of the Applicant's services for the period beginning March 1, 2012 and ending May 31, 2012,

1

are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**. A copy of Exhibit B has been sent to the Debtor with a request for review of the details, and for objection, if any.

5. The Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

6. Applicant's billing detail, arranged *by attorneys*, is attached as **Exhibit C**.

7. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought, as well as the credentials of Peter L. Berk (Co-counsel), is attached as **Exhibit D**.

8. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of this case were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

9. The services rendered by Applicant were directly related to and necessary for the Debtor's chapter 11 case, including, but not limited to: drafting and filing the Disclosure Statement and Plan, appearing on the Debtor's behalf in court, and discussing the practicality of provisions in the Disclosure Statement and Plan with various creditors.

10. Applicant's customary fees include actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

11. Applicant has also noticed the proposed hearing date and the amount requested to all creditors as evidenced by **Exhibit E** to this Application.

**Summary of Hourly Services Organized by Nature**

12. The Applicant's attorneys and clerks provided a total of approximately 8.3 hours of service, detailed by nature in Exhibit B. A brief summary of these services follows:

   a. *Administrative Matters (Admin)***:** Approximately 0.5 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, reviewing monthly operating reports of the Debtor. For these services, Applicant seeks $152.00.

2

b. ***Contested Matters (CM)*:** Approximately 0.5 hours of time and services were rendered in connection with contested matters including, but not limited to, appearing in the domestic relations court to provide status to the domestic relations judge on the bankruptcy case. For such services, Applicant seeks $90.00.

c. *Disclosure Statement and Plan (DS&P):* Approximately 4.3 hours of time and services were rendered in connection with Disclosure Statement and Plan matters including, but not limited to, seeking votes in favor of the Plan and preparing the Plan for confirmation, Applicant seeks $1,001.50.

d. *Financial Issues (Fee):* Approximately 2.9 hours of time and services were rendered in connection with financing issues regarding the preparation of the Second Application for Compensation of Professional Services and Reimbursement of Expenses. For such services, Applicant seeks $641.00.

e. ***U.S. Trustee Matters (Trste)*:** Approximately 0.1 hours of time and services were rendered in connection with U.S. Trustee matters including, but not limited to, corresponding with the U.S. Trustee regarding Debtor's Disclosure Statement and Plan. For such services, Applicant seeks $49.00.

**Summary of Hourly Services Organized by Employees**

13. The Applicant's attorneys and clerks provided a total of approximately 8.3 hours of service, detailed by employee in Exhibit C. They are as follows:

   a. *Attorneys*:

      i. Forrest L. Ingram (FLI) provided approximately 1.7 hours of service at $490.00 per hour in all phases of the chapter 11 case.

      ii. Brent Wilson (BRW) provided approximately 4.1 hours of service at $180.00 per hour in all phases of the chapter 11 case.

      iii. Peter L. Berk (PLB) provided approximately 0.5 hours of service at $325.00 per hour in all phases of the chapter 11 case.

3

    iv.    Andrew J. Meyer (Clerk) provided approximately 2.0 hours of service at $100.00 per hour, including all phases of the chapter 11 case.

### Conclusion

14. This Application and a Notice of Hearing on the Application has been sent to the Debtor, the U.S. Trustee, and parties entitled to notice.

15. A Notice of Hearing on this Application has been sent to all other creditors and parties of interest, along with a summary of all services provided by Debtor's counsel to the Debtors. A certificate of service for the Notice has been filed with the Clerk of the Court.

16. Objections to this Application may be made in writing, filed with the Clerk of this Court and sent to Forrest L. Ingram, P.C., 79 W. Monroe St., Suite 900, Chicago, Illinois 60603, Fax No. 312.759.0298 on or before June 25, 2012.

**WHEREFORE** Applicant requests that the Court conduct an appropriate hearing on this Application and allow a reasonable fee to Applicant in the sum of $1,933.50 for legal services for the period from March 1, 2012 through May 31, 2012. Applicant asks for such other further relief as the Court deems just and appropriate.

                Respectfully submitted,
                FORREST L. INGRAM, P.C.

                /s/ Forrest L. Ingram
                One of the Debtor's Attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
312.759.2838 phone
312.759.0298 fax