UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  11-38944 |
| Tanya Anderson | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Final Application for Compensation for Professional Services and for Reimbursement of Expanses Incurred on Behalf of Tanya Anderson by Forrest L. Ingram, P.C. and Peter L. Berk**

This matter came to be heard on the Final Application for Compensation for Professional Services and for Reimbursement of Expenses in Case No. 11-38944 of Forrest L. Ingram, P.C. and Peter L. Berk. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

It is hereby Ordered:

1. Forrest L. Ingram, P.C. and Peter L. Berk are jointly awarded $1,933.50 of the professional compensation requested for the time period beginning March 1, 2012 and ending May 31, 2012.

2. Debtor Tanya Anderson is authorized to pay Forrest L. Ingram, P.C. and Peter L. Berk the balance of $1,933.50.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 2 7 JUN 2012

**Prepared by:**

Forrest L. Ingram #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603

Rev: 201100318_bko