# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tanya Anderson, | ) | Honorable Judge A. Benjamin Goldgar |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-38944 |
| | ) | |
| | ) | Hearing Date: July 23, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

## NOTICE OF MOTION

To:     See attached service list

**Please Take Notice** that on, **July 23, 2012 at 10:00 a.m.**, the undersigned will appear before the Honorable A Benjamin Goldgar, Bankruptcy Judge, in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached **Debtor's Motion for Final Decree and to Shorten Notice**, a copy of which is enclosed herewith and served upon you.

                                                    /s/ Artur Zadrozny

Forrest L. Ingram #3129032
Artur Zadrozny #6308234
FORREST L. INGRAM, P.C.
Peter Berk #6274567
LAW OFFICE OF PETER L. BERK
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838
Fax: (312) 759-0298


## CERTIFICATE OF SERVICE

I, Brent Wilson, an attorney, certify that I have served a true and correct copy of the above notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing or U.S. Mail, first class, postage prepaid from 79 W. Monroe St., Suite 900, Chicago, IL 60603, as indicated on the list, at or before 5:00 p.m. on July 9, 2012.

                                                    /s/ Artur Zadrozny

1

## Service List

**Via CM/ECF:**

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604

**PNC Bank (formerly National City)**
c/o Ekl, Williams & Provenzalle LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532

**VIA US MAIL**

**American Express**
American Express Special Research
Po Box 981540
El Paso, TX 79998

**American Express Centurion Bank**
c/o Becket and Lee LLP|
P.O. Box 3001
Malvern, PA 19355

**Bank Of America**
4060 Ogletown/Stanton Rd
Newark, DE 19713

**Chase**
Po Box 15145
Wilmington, DE 19850

**Chase Bank USA, N.A.**
P.O. Box 15145
Wilmington, DE 19850

**Chela/Sallie Mae**
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773

**Ekl, Williams & Provenzalle LLC**
901 Warrenville Road, Suite 175
Lisle, IL 60532

**FIA CARD SERVICES, N.A.**
PO Box 15102
Wilmington, DE 19886-5102

**First Mutual Financial**
6563 Wilson Mills Rd
Mayfield, OH 44143

**HSBC Bank Nevada, N.A. (Bon Ton)**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

**National City Bank n/k/a PNC Bank**
c/o Patrick J. Williams
Ekl Williams & Provenzale

**PNC Bank (formerly National City)**
c/o Ekl, Williams & Provenzalle LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532

**Suzet M. McKinney**
9644 S. Longwood Ave.
Chicago, IL 60643

**Wells Fargo**
800 Walnut Street
Des Moines, IA 50309

**Wellsfargo**
800 Walnut St
Des Moines, IA 50309

**Wffinancial**
Po Box 7648
Boise, ID 83707

**Wyndham Vacation**
10750 W Charleston
Las Vegas, NV 89135

**Wells Fargo Bank, N.A.**
13675 Technology Drive
Building C, 2nd Floor
Eden Prairie, MN 55344-2252

**Jeffrey T. Anderson**
**8357 S. Wood**
**Chicago, IL 60620**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tanya Anderson, | ) | Honorable Judge A. Benjamin Goldgar |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-38944 |
| | ) | |
| | ) | Hearing Date: July 23, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

### DEBTOR'S MOTION FOR FINAL DECREE AND TO SHORTEN NOTICE

NOW COMES the Debtor and Debtor in Possession Tanya Anderson (the "Debtor"), by and through her attorneys at FORREST L. INGRAM, P.C. and the LAW OFFICE OF PETER L. BERK, and moves this Honorable Court to close her case. In support thereof, the Debtor states as follows:

1. On September 26, 2011, the Debtor filed her voluntary petition under chapter 11 of the Bankruptcy Code.

2. The Debtor has continued to manage her affairs and assets as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. On May 16, 2012, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of the Debtor's Plan of Reorganization and, at that hearing, confirmed the Debtor's Plan.

4. On July 9, 2012, the Debtor filed with this Court the status report of initial payments under the Plan in accordance with Rule 2015 indicating that the Debtor is currently executing their Plan as confirmed by this Court.

5. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

6. Although the meaning of "fully administered" is not settled, courts have determined that it means "the point when the estate reaches substantial consummation as defined by Section 1101(2) of the Bankruptcy Code." *In re Wade*, 991 F.2d 402, 407 n.2 (7th Cir. 1992). .

7. Section 1101(2) of the Bankruptcy Code provides that:

> 'Substantial consummation' means –
> (a) transfer of all or substantially all of the property proposed by the plan to be transferred;
> (b) assumption by the debtor or by the successor to the debtors under the plan of the business or of management of all or substantially all of the property dealt with by the plan; and
> (c) commencement of distribution under the plan.

In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered, "1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced, and 4) when all motions, contested matters, and adversary proceedings have been resolved." *Wade*, 991 F.2d at 407 n.2.

8. The Debtor's estate has been fully administered for the following reasons:

   a) The order confirming the plan on May 16, 2012 has become final;

   b) Payments under the plan have commenced with the Debtor's payment of the following:

      i. Administrative Claims: $17,184.08 has been paid to date in Attorney Fees.

      ii. Unsecured Claims: Payments starting in Year 3 of Debtor's Plan.

   c) There are no contested matters and no adversary proceedings to resolve.

9. The Debtor is current in the amounts owed to the United States Trustee's Office.

5

10.  Pursuant to Local Rule 3022-1 notice of this motion has gone to all creditors.

11.  The post-confirmation status date was set by this Court for July 23, 2012 at 10:00 a.m. The Debtor has set this motion for that date and time and hereby request that notice be shortened to that given time.

**WHEREFORE**, the Debtor requests that this Court enter an Order closing the case, shortening notice to that given, and for such other relief this Court deems just.

Dated: July 9, 2012                                         Respectfully submitted,
                                                            Tanya Anderson


                                                By:    /s/  Artur Zadrozny
                                                       One of her attorneys

Forrest L. Ingram #3129032
Artur Zadrozny #6308234
FORREST L. INGRAM, P.C.
Peter Berk #6274567
LAW OFFICE OF PETER L. BERK
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838
Fax: (312) 759-0298