UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Tanya Anderson,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-38944<br><br>Chapter: 11<br><br>Honorable A. Benjamin Goldgar |

**ORDER ENTERING FINAL DECREE AND SHORTENING NOTICE**

This matter coming before the Court on the status hearing on Debtors' confirmed Plan,

IT IS HEREBY ORDERED:

1. That pursuant to Local Rule 3022-1 cause exists for entering a final decree and, therefore, a final decree is hereby entered; and
2. Notice for this Motion shall be shortened to that given.

Dated: **2 3 JUL 2012**

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**

Artur Zadrozny, #6308234
Forrest L. Ingram, P.C.
79 West Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838

Rev: 201100318_bko